**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sharon K. Moye,                                Civil No. 08-3625 (RHK/AJB)

         Plaintiff,                    **DISQUALIFICATION AND**
                                               **ORDER FOR REASSIGNMENT**

vs.

Wyeth and its divisions, et al.,

         Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 30, 2008

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge